UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANINE J. SESA,

                Plaintiff,

-against-

CAROLYN COLVIN, Acting Commissioner of Social Security,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/16
```

13 Civ. 2670 (AT)(SN)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objection to Magistrate Judge Sarah Netburn's June 1, 2016 report and recommendation, the Court reviewed the recommendation and found no "clear error on the face of the record." *Walker v. Vaughn*, 216 F.Supp.2d 290, 292 (S.D.N.Y. 2002) (quoting *Urena v. New York*, 160 F.Supp.2d 606, 609-10 (S.D.N.Y. 2001)) (internal quotation marks omitted). Accordingly, the Court accepts and adopts the thorough and well-reasoned report and recommendation, awarding Plaintiff $9,913.44 in attorney's fees and $398.41 in costs.

    The Clerk of the Court is directed to enter judgment accordingly.

    SO ORDERED.

Dated: November 15, 2016
       New York, New York

                                      ANALISA TORRES
                              United States District Judge